**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**NORTHERN DIVISION**
**AT COVINGTON**

**CRIMINAL CASE NO. 22-76-DLB-CJS**

**UNITED STATES OF AMERICA**                                                         **PLAINTIFF**

**v.**            **ORDER ADOPTING REPORT AND RECOMMENDATION**

**JAMES STRATMAN**                                                                 **DEFENDANT**

* * * * * * * * * * * *

      This matter is before the Court upon the Report and Recommendation of Magistrate Judge Candace Smith wherein she recommends that the Court find that Defendant Stratman is competent to face further proceedings, including standing trial (Doc. # 29). That recommendation is based on the uncontroverted opinion of Forensic Psychologist Lauren Schumacher, whose Forensic Report has been filed under seal (*See* Doc. # 28). Upon review of the Forensic Report and R&R, there being no objections to either, and the Court being otherwise sufficiently advised,

      **IT IS ORDERED** that the R&R (Doc. # 29) be **adopted as the Opinion of the Court**, and that the Defendant is found to be **competent to proceed**, including the scheduled August 25, 2023 rearraignment in this matter.

      This 22nd day of August, 2023.



Signed By:
*David L. Bunning*  DB
**United States District Judge**